**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 843 MAL 2016
                           :
           Respondent : 
                           : Petition for Allowance of Appeal from
                           : the Order of the Superior Court
           v. :
                           :
                           :
ANTHONY MICHAEL CROZIER, :
                           :
           Petitioner :

**ORDER**

**PER CURIAM**

     **AND NOW**, this 11th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.